IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02601-MSK-GJR

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

LANDIS HOMES, LLC; and
DAVID M. LANDIS,

    Defendants.

---

## ORDER REASSIGNING CASE TO MAGISTRATE JUDGE GUDRUN J. RICE

---

This case was originally assigned to Magistrate Judge Boyd N. Boland. Because the controversy has a significant connection with the western slope,

**IT IS ORDERED** that the case is reassigned to Magistrate Judge Gudrun J. Rice for pre-trial administration.

DATED this 2nd day of December, 2008.

BY THE COURT:

*Marcia S. Krieger*
Marcia S. Krieger
United States District Judge