IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No.   08-cv-02601-MSK-LTM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

vs.

LANDIS HOMES, LLC, and
DAVID M. LANDIS,

    Defendants.

---

ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER (docket # 39)

---

This matter comes before the Court on counsel's Stipulated Motion to Modify Scheduling Order (docket # 39), and the Court being fully advised, counsel's motion is GRANTED,

THEREFORE, the Court extends the deadline to complete fact and expert discovery to November 30, 2009 and the dispositive motions deadline to January 4, 2010.

DATED at Grand Junction, Colorado, this 30th day of September, 2009.

                BY THE COURT:

                s/Laird T. Milburn
                _____
                Laird T. Milburn
                United States Magistrate Judge