IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Laird T. Milburn

Civil Action No.   08-cv-02601-MSK-LTM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

vs.

LANDIS HOMES, LLC, and
DAVID M. LANDIS,

    Defendants.

---

ORDER RE: PLAINTIFF'S MOTION TO AMEND/CORRECT/MODIFY
COMPLAINT (docket # 44)

---

Due to the Notice of Settlement (docket # 48) the Court hereby **DENIES** Plaintiff's

Motion to Amend/Correct/Modify Complaint (docket # 44) as **MOOT**.

DATED at Grand Junction, Colorado, this 9th day of December, 2009.

                                                BY THE COURT:

                                                s/Laird T. Milburn

                                                _____

                                                Laird T. Milburn
                                                United States Magistrate Judge